IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PEARL SPEAKS | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-2995 |
|  | : |  |
| TANYA GORHAM-VALLEJOS, A/K/A TANYA GORHAM WERNER ENTERPRISES, INC., ET AL | : |  |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 14, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from November 19, 2002 per Judge's Order

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:November 20, 2002

Copies:    Thomas McCann, Courtroom Deputy to Judge William H. Yohn, Jr.
           Docket Clerk - Case File

           Counsel:        John Barrett, Esq.
                           Jordan Nagle, Esq.
                           Timothy J. Abeel, Esq.
                           W. Thomas McBride, Esq.

ARB2.FRM